Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Paul E. Cirner, Bar No. 191471
pcirner@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone:    503.221.0309
Fax No.:         503.242.2457

Attorneys for Defendants Marriott International, Inc.,
Residence Inn by Marriott, LLC and Marriott
International Administrative Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MYRIELLE JAMES-LECOQ,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MARRIOTT INTERNATIONAL, INC., RESIDENCE INN BY MARRIOTT, LLC, AND MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC.,**<br><br>    Defendants. | Case No.<br><br>NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Marriott International, Inc., Residence Inn by Marriott, LLC, and Marriott International Administrative Services, Inc.

Page 1- NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

4854-1633-1614.2 / 999991-1036

(collectively "Defendants")[1], by filing this Notice of Removal and related papers, removes this action from the Circuit Court of the State of Oregon for the County of Multnomah ("Multnomah County Circuit Court") to the United States District Court for the District of Oregon, Portland Division ("District Court of Oregon"). Defendants remove this case based on diversity of citizenship, 28 U.S.C. §§ 1332 and 1441.

## LEGAL STANDARD

"[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a). To remove a case from state court to federal court, a defendant merely needs to file a notice of removal "containing a short and plain statement of the grounds for removal." 28 U.S.C. §1446(a); *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 551, 190 L. Ed. 2d 495 (2014).

Pursuant to 28 U.S.C. § 1446(a), all papers filed with the state court and served on the Defendants at the time of the removal are attached to the Declaration of Paul E. Cirner in support of Defendants' Notice of Removal ("Cirner Decl.") ¶ 2, as **Ex. A**. No further proceedings have been had in the Multnomah County Circuit Court as of the date of filing this Notice of Removal. Cirner Decl. ¶ 2. Pursuant to 28 U.S.C. § 1446(d), Defendants are providing Plaintiff written notice of the filing of this Notice of Removal. Furthermore, Defendants are filing a copy of this Notice

---

[1] Plaintiff was not employed by Marriott International, Inc. or Marriott International Administrative Services, Inc. Rather, Plaintiff was employed by Residence Inn by Marriott, LLC (previously Residence Inn by Marriott, Inc.), which is the entity that manages and operates the hotel where Plaintiff worked.

Page 2- NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

4854-1633-1614.2 / 999991-1036

of Removal with the Clerk of the Multnomah County Circuit Court, where the action is currently pending. Cirner Decl. ¶ 3.

## NOTICE OF REMOVAL IS TIMELY

Pursuant to 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after service on Defendants of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1). On March 17, 2023, Plaintiff Myrielle James-Lecoq filed a civil action against Defendants in Multnomah County Circuit Court entitled *Myrielle James-Lecoq v. Marriott International, Inc., Residence Inn by Marriott, LLC, and Marriott International Administrative Services, Inc.*, Case No. 23CV11521. Cirner Decl. ¶ 2, **Ex. A**. Plaintiff asserts various disability discrimination and retaliation claims related to her employment under ORS Chapter 659A. *Id.* Defendants received service of the Summons and Complaint on March 30, 2023. Cirner Decl. ¶ 4, **Ex. B**. Thus, this removal is timely filed pursuant to 28 U.S.C. § 1446(b), i.e., within thirty (30) days after Defendants received the initial pleading.

## DIVERSITY OF CITIZENSHIP EXISTS

This action may be removed pursuant to 28 U.S.C. § 1332 and § 1441, because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

Plaintiff is an adult resident of Multnomah County, Oregon. See Cirner Decl. ¶ 2, **Ex. A**, Compl. ¶ 1. Defendants are foreign corporations registered in the State of Delaware with their principal places of business in the State of Maryland. See Cirner Decl. ¶ 2, **Ex. A**, Compl. ¶ 2; Declaration of Courtney Bleakley in Support of Defendants' Notice of Removal, ¶¶ 1-3. Because

Page 3- NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

4854-1633-1614.2 / 999991-1036

a corporation is a "citizen" both of the state in which it was organized and of the state where it has its principal place of business, Defendants are citizens of Delaware and Maryland, but not Oregon, for diversity purposes. See 28 U.S.C. § 1332(c).

Courts decide whether the amount in controversy requirement has been met by first considering whether it is "facially apparent" from the complaint. *Abrego v. Dow Chem. Co.*, 443 F.3d 676, 690 (9th Cir.2006) (quoting *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997). Plaintiff's Complaint satisfies the amount in controversy threshold under 28 U.S.C. § 1332(a). In her prayer for relief, Plaintiff seeks $460,000 in damages plus reasonable attorney fees, interests, and costs. Cirner Decl. ¶ 2, **Ex. A**, Compl. ¶ 29 (1-4). Therefore, the amount in controversy in this action exceeds $75,000, exclusive of attorneys' fees, interest, and costs. *Cf. Culpepper v. Wells Fargo Bank, N.A.*, No. 6:12-cv-969-TC, 2012 U.S. Dist. LEXIS 123572, at *4 (D. Or. Aug. 8, 2012) (relying on prayer for relief in complaint to establish amount in controversy requirement).

## REMOVAL TO THIS DISTRICT IS PROPER

Removal of the above-captioned state court action to this Court is appropriate. Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the District and Division embracing the place where the state court action is pending. Venue is proper in this district because the District Court of Oregon is the judicial district and division embracing the place where the state court case is pending (i.e., Multnomah County Circuit Court). 28 U.S.C. § 117. Defendants have good and sufficient defenses to this action and do not waive any defenses, jurisdictional or otherwise, by filing this Notice of Removal. Cirner Decl. ¶ 5.

///

Page 4- NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

4854-1633-1614.2 / 999991-1036

## CONCLUSION

WHEREFORE, Defendants hereby remove this civil action from the Multnomah County Circuit Court to this District Court of Oregon.

Dated: April 28, 2023

LITTLER MENDELSON, P.C.

*/s/ Paul E. Cirner*
Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Paul E. Cirner, Bar No. 191471
pcirner@littler.com

Attorneys for Defendants Marriott International, Inc., Residence Inn by Marriott, LLC and Marriott International Administrative Services, Inc.

Page 5- NOTICE OF REMOVAL

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

4854-1633-1614.2 / 999991-1036