Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Paul E. Cirner, Bar No. 191471
pcirner@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Telephone: 503.221.0309
Fax No.: 503.242.2457

Attorneys for Defendants, Marriott International, Inc., Residence Inn by Marriott, LLC, and Marriott International Administrative Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MYRIELLE JAMES-LECOQ,**

Plaintiff,

vs.

**MARRIOTT INTERNATIONAL, INC., RESIDENCE INN BY MARRIOTT, LLC, and MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC.,**

Defendants.

Case No. 3:23-cv-00628-SB

JOINT REPORT OF FRCP 26(F) DISCOVERY PLANNING CONFERENCE AND PROPOSED FRCP 16 CASE MANAGEMENT SCHEDULULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff, Myrielle James-Lecoq, and Defendants, Marriott International, Inc., Residence Inn by Marriott, LLC, and Marriott International Administrative Services, Inc. (collectively, the "Parties"), through their respective counsel of record, participated by phone in a discovery planning conference on June 27, 2023, and hereby jointly file this discovery planning report and request that the Court enter the following case management schedule:

1. **FRCP 26(a)(1) Initial Disclosures and LR 26-7 Initial Discovery**: The Parties have agreed to waive Rule 26(a)(1) Initial Disclosures and will exchange LR 26-7 Initial Disclosures on or before **July 28, 2023**.

2. **Amend Pleadings or Parties**: The Parties agree to file any amendments to the pleadings or to add any additional parties on or before **December 8, 2023**.

3. **Discovery Plan:** The parties have agreed upon the following process for identifying potentially relevant ESI. Both parties will endeavor in good faith to identify, by name, potential ESI repositories and custodians. Plaintiff and Defendants will take good faith steps to preserve relevant sources of ESI; at present, Plaintiff's text messages and social media posts. The parties have agreed that ESI will be produced, wherever possible, in a searchable .pdf format, and that neither party needs to generally produce metadata or native files. If the parties determine that a particular document produced as a searchable .pdf appears to contain information that can only be sourced from its metadata or a native format copy, they will confer about that on a case-by-case basis. Further, the parties will continue to confer in good faith regarding the appropriate parameters for the discovery of email including, as appropriate, search terms, date ranges, and custodians.

The parties intend to submit a Stipulated Protective Order for the Court's review that will contain procedures for asserting claims of privilege or of protection as attorney work product for material previously produced, including a clawback provision as expressly permitted under Rule 502(d) of the Federal Rules of Evidence; and procedures for the parties to designate documents as confidential. The parties have also agreed that no party needs to provide a privilege log for any communications between counsel of record and the parties to this matter that was created after Plaintiff filed the Complaint.



LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

The parties do not see any need, at present, for any changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure and/or the Local Rules.

4. **Fact Discovery Deadlines**: Fact discovery is to be completed on or before **March 1, 2024**.

5. **Alternative Dispute Resolution**: The Parties agree to file a joint ADR report pursuant to LR 16-4 on or before **March 29, 2024**.

6. **Dispositive Motions**: The Parties will file any dispositive motions on or before **April 26, 2024**. Responses and replies will be due within the time periods set by LR 7-1(f).

7. **Expert Discovery Deadlines**: The Parties request that the Court set expert discovery deadlines after the deadline for dispositive motions, so that the Parties can first determine whether dispositive motions will be filed and are not managing expert discovery and dispositive motion schedules concurrently. The Parties request that, in the event dispositive motions are filed, the Court set an expert discovery deadline no later than 30 days before trial.

8. **Pretrial Order and Deadlines**: The Parties request that the Court schedule a deadline to file the LR 16-5 Proposed Pretrial Order after it resolves any dispositive motions.

9. **Trial Date**: The Parties request that the Court schedule a trial date after it resolves any dispositive motions. The parties anticipate a trial date in the **Fall/Winter of 2024**, to allow the Court sufficient time to rule on any dispositive motions before the Parties begin preparing for trial.



LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309

Dated: July 7, 2023

LAFTKY & LAFTKY

/s/ *James P.Francis*
Kevin T. Laftky, Bar No. 852633
Klafty@laftky.com
James Francis, Bar No. 223268
jfrancis@laftky.com

Attorneys for Plaintiff, Myrielle James-Lecoq

LITTLER MENDELSON, P.C.

*/s/* Paul E. Cirner
Megan J. Crowhurst, Bar No. 132311
mcrowhurst@littler.com
Paul E. Cirner, Bar No. 191471
pcirner@littler.com

Attorneys for Defendants, Marriott International, Inc., Residence Inn by Marriott, LLC, and Marriott International Administrative Services, Inc.



LITTLER MENDELSON P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
Tel: 503.221.0309