IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MYRIELLE JAMES-LECOQ,<br><br>        Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., RESIDENCE INN BY MARRIOTT, LLC, and MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC.,<br><br>        Defendants. | Case No. 3:23-cv-00628-SB<br><br>**GENERAL JUDGMENT** |

Having reviewed the Stipulated Dismissal with Prejudice filed by the parties to this action, IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned case is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney fees.

It is so ORDERED and DATED this  17  day of  January , 2024.

_____
Hon. Stacie F. Beckerman
United States Magistrate Judge

PAGE 1 – GENERAL JUDGMENT

4871-7396-1368.2 / 025237-1036